**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL ACTION NO. 5:26-cr-002-SCM-MAS**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V.** **ORDER FOR ISSUANCE OF ARREST WARRANT**

**AARON DANIEL WHITTAMORE** **DEFENDANT**

* * * * *

The Court ORDERS that the Motion of the United States for issuance of an arrest warrant is GRANTED, and an arrest warrant is ISSUED for the Defendant, **AARON DANIEL WHITTAMORE.**

On this 15 day of January 2026.

Signed By:
*Edward B. Atkins* EBA
United States Magistrate Judge

UNITED STATES MAGISTRATE JUDGE

Copies: United States Marshal
United States Probation
Francisco J. Villalobos II, Assistant United States Attorney